NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEONNE R. NEW-HOWARD,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2013-3180

---

Petition for review of the Merit Systems Protection Board in No. PH0752070319-M-1.

---

**ON MOTION**

---

**O R D E R**

Deonne R. New-Howard moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                              NEW-HOWARD v. DVA

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

s24